959

No. 443, Misc. LIVINGSTON *v.* SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied. *Hugo S. Sims, Jr.* for petitioner. *T. C. Callison,* Attorney General of South Carolina, *James S. Verner* and *William A. Dallis,* Assistant Attorneys General, and *Julian S. Wolfe* for respondent.

No. 448, Misc. SPARKS *v.* CALIFORNIA ET AL. District Court of Appeal of California, Third Appellate District. Certiorari denied.

No. 452, Misc. VANDERWYDE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Rudolph Stand* for petitioner. *Frank S. Hogan* and *Charles W. Manning* for respondent.

No. 453, Misc. JOHNSON *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Joseph K. Fornance* for petitioner. *C. Howard Harry, Jr.* for respondent.

No. 457, Misc. HARRISON *v.* EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 459, Misc. STINGLEY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 461, Misc. REED *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.